NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES BLACK,                                    )
                                               )
              Appellant,                        )
                                               )
v.                                             )        Case No.  2D17-4624
                                               )
STATE OF FLORIDA,                               )
                                               )
              Appellee.                         )
_____)

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

James Black, pro se.


PER CURIAM.

              Affirmed.



SILBERMAN, KELLY, and CRENSHAW, JJ., Concur.